```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
EDDIE RIVERA                     :
Plaintiff                        :
                                 :
HARTFORD HEALTH CARE CORP.       :
Intervening Plaintiff            :
                                 :
-VS-                             :    CIVIL ACTION NO. 3:06-CV-1604
                                 :                    (WWE)
                                 :
JOHNSONDIVERSEY, INC.            :
Defendant                        :
---------------------------------
```

## INTERVENING COMPLAINT OF <u>HARTFORD HEALTH CARE CORP.</u>

1. On or about September 17, 2003 and for some time prior thereto, the plaintiff was employed by the co-plaintiff, Hartford Health Care Corp.

2. On or about the aforesaid date, the plaintiff was caused to suffer bodily injuries.

3. The employment of said Eddie Rivera by this co-plaintiff was within the scope of the Workers' Compensation Act of the State of Connecticut and his injuries arose out of and in the course of his employment.

4. After the occurrence of said accident, the said Eddie Rivera, notified this co-plaintiff of same and of his injuries and this co-plaintiff provided him with medical attention and has

expended sums for said medical attention, and may be obliged to expend further sums in the future on account thereof, in accordance with the Workers' Compensation Act.

    5.  As a further result of the aforesaid accident, this co-plaintiff was obliged to expend sums of money for the payment of compensation, in addition to the medical payments mentioned above and may be obliged to expend further sums in the future in payment for such further compensation as may be awarded by the Compensation Commissioner or as may be agreed upon between the parties and approved by the said Commissioner.

    6.  The plaintiff, Eddie Rivera, has instituted an action known as a third party action under the terms of Connecticut General Statutes, Section 31-293, entitled **EDDIE RIVERA V. JOHNSONDIVERSEY, INC.**, returnable in the Superior Court, Judicial District of Hartford @ Hartford and then was removed to the U.S. District Court, District of Connecticut, to recover damages for which the named defendant is alleged to be legally liable.

    The co-plaintiff claims that any damages recovered in said action shall be so paid and apportioned that it will be reimbursed from them for the amounts it had paid and become obligated to pay under the Workers' Compensation Act.

                        CO-PLAINTIFF
                        HARTFORD HEALTH CARE CORP.

                        By_____/s/_____
                          Ellen M. Aspell, Esq.
                        Pomeranz, Drayton & Stabnick
                        95 Glastonbury Boulevard
                        Glastonbury, CT  06033-4412
                        (860) 657-8000
                        Juris No. 47367
                        Federal Bar #ct19343

## **CERTIFICATION**

THIS IS TO CERTIFY THAT a copy of the foregoing pleading was mailed to the following individuals:

Mark Blakeman, Esq., Michelson, Kane, Royster & Barger, P.C., Ten Columbus Boulevard, Hartford, CT 06106; and Susan Evans, Esq., Wolf, Horowitz, Etlinger & Case, L.L.C., 99 Pratt Street, Suite 401, Hartford, CT 06103.

Courtesy copy to: Honorable Warren Eginton, 915 Lafayette Boulevard, Bridgeport, CT 06604.

    Dated at Glastonbury, Connecticut this   day of           , 2007.

                                      _____/s/_____
                                      Ellen M. Aspell, Esq.